BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>3621 E. Mono Avenue, Fresno, CA, 93702;<br>315 W. Lexington Ave., Apt. 106, Fresno CA 93711; and Bank of America West Fresno Branch Safe Deposit Box #Q2010 | SW NO. 1:14 SW 00200 GSA<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the Search Warrants, Application and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Search Warrants, Application and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 10/10/14

Hon. Gary S. Austin
U.S. MAGISTRATE JUDGE

1